# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

FILED IN OPEN COURT
ON 6/23/2011
Dennis P. Iavarone
US District Court, Clerk
Eastern District of NC

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 5:04-CR-364-1BO |
| Devon Eric Smith ) | USM No: 50447-056 |
| Date of Previous Judgment: May 4, 2007 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney   Thomas P. McNamara |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of the _____defendant_____ under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and the court having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED  and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **220** months is reduced to **168** months. [handwritten: 168 replacing 178]

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: 35 | | Amended Offense Level: 33 | |
| Criminal History Category: III | | Criminal History Category: III | |
| Previous Guideline Range: 210 to 262 months | | Amended Guideline Range: 168 to 210 months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated May 4, 2007 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 6/23/2011

Judge's signature

Effective Date: _____
(if different from order date)

Terrence W. Boyle, U.S. District Judge
Printed name and title